# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                     **GREENBELT, MARYLAND 20770**
                                                                                                        **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *USA v. Kevin Robinson*
               Criminal Case No. RWT-14-027

DATE:     August 14, 2014

* * * * * * * * *

       Upon the request of counsel for the parties in this case, a plea hearing **is hereby scheduled for September 19, 2014 at 10:00 a.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                  /s/
                                                                     Roger W. Titus
                                                                     United States District Judge